IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

        Plaintiff,                        No. CIV S-09-1065 FCD KJM P

   vs.

J. MCGUIRE, et al.,

        Defendants.              <u>ORDER</u>

                           /

        On November 18, 2009, plaintiff filed a request for reconsideration of the magistrate judge's order filed October 9, 2009 dismissing his complaint with leave to file an amended complaint. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

/////

1    Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of
2 the magistrate judge filed October 9, 2009, is affirmed.
3 DATED: January 6, 2010.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE