IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    Plaintiff,                  No. CIV S-09-1065 KJM P

   vs.

J. MCGUIRE, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff has filed a request for an extension of time to file a notice of appeal concerning the court's October 9, 2009 order dismissing plaintiff's complaint with leave to amend and a request that this action be stayed pending appeal. Because the court's October 9, 2009 order is not appealable, 28 U.S.C. § 1291 <u>et</u> <u>seq</u>., plaintiff requests (#22 & #23) are denied. Plaintiff is advised if he continues to file frivolous motions, he will be sanctioned, possibly with dismissal of this action.

DATED: January 7, 2010.

                                          U.S. MAGISTRATE JUDGE

1
holl1065.app