IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    Plaintiff,                     No. CIV S-09-1065 FCD KJM P

   vs.

J. MCGUIRE, et al.,

    Defendants.            <u>ORDER</u>

                                 /

          On October 9, 2009, the court dismissed plaintiff's complaint with leave to amend. Plaintiff has now filed two documents titled "amended complaint" and a request that the court "correct [a] name in the amended complaint." Good cause appearing, both pending amended complaints will be dismissed and plaintiff will given leave to file a second amended complaint to make the changes he has indicated he wants to make.

          Accordingly, IT IS HEREBY ORDERED that:

          1. The "amended complaints" filed by plaintiff on March 3 and March 8, 2010 are dismissed.

          2. Plaintiff is granted thirty days within which to file a second amended complaint. Plaintiff's second amended complaint must comply with all orders previously issued by this court. If plaintiff fails to adhere to those orders, or fails to file a second amended

1

1  complaint within thirty days, the court will recommend that this case be dismissed pursuant to
2  Rule 41(b) of the Federal Rules of Civil Procedure.
3  DATED: May 11, 2010.

_____
U.S. MAGISTRATE JUDGE

1
holl1065.2ac