IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN G. HOLLIS,

      Plaintiff,                    No. CIV S-09-1065 KJM CKD P

   vs.

J. McGUIRE, et al.,

      Defendants.              ORDER FOR PAYMENT

                                     /       OF INMATE FILING FEE

To: Director of the California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814:

      Plaintiff, a state prisoner proceeding without counsel and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action.  On October 9, 2009, plaintiff was granted IFP status, and an order directing monthly payments was served on CDCR. (Dkt. Nos. 12, 13.)  Plaintiff's IFP status was revoked on February 18, 2011.  (Dkt. No. 44.)  Pursuant to the district court's March 12, 2012 order on reconsideration (Dkt. No. 51), the court is reinstating plaintiff's IFP status in this matter by concurrent order.  Accordingly, CDCR is required to resume sending to the Clerk of the Court payments from plaintiff's prison trust account each time the amount in the account exceeds $10.00, until the balance of the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

1       Good cause appearing therefore, IT IS HEREBY ORDERED that:

2       1. The Director of the California Department of Corrections and Rehabilitation or a designee shall collect from plaintiff's prison trust account monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the trust account and forward payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the balance of $350.00 filing fee for this action has been paid in full. The payments shall be clearly identified by the name and number assigned to this action. In determining the outstanding balance of the filing fee, CDCR shall take into account any earlier payments made from plaintiff's trust account in this matter prior to his IFP status being revoked on February 18, 2011.

      2. The Clerk of the Court is directed to serve a copy of this order on Director, California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814.

      3. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

Dated: May 18, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
holl1065.Cdc_reopen