1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARVIN G. HOLLIS,

11           Plaintiff,                      No. CIV S-09-1065 KJM CKD P

12        vs.

13   J. McGUIRE, et al.,

14           Defendants.              ORDER FOR PAYMENT

15   _____ /     OF INMATE FILING FEE

16   To:  Director of the California Department of Corrections and Rehabilitation, 1515 S Street,

17   Sacramento, California 95814:

18            Plaintiff, a state prisoner proceeding without counsel and in forma pauperis, is

19   obligated to pay the statutory filing fee of $350.00 for this action.  On October 9, 2009, plaintiff

20   was granted IFP status, and an order directing monthly payments was served on CDCR.  (Dkt.

21   Nos. 12, 13.)  Plaintiff's IFP status was revoked on February 18, 2011.  (Dkt. No. 44.)  Pursuant

22   to the district court's March 12, 2012 order on reconsideration (Dkt. No. 51), the court is

23   reinstating plaintiff's IFP status in this matter by concurrent order.  Accordingly, CDCR is

24   required to resume sending to the Clerk of the Court payments from plaintiff's prison trust

25   account each time the amount in the account exceeds $10.00, until the balance of the statutory

26   filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

1

1    Good cause appearing therefore, IT IS HEREBY ORDERED that:

2         1. The Director of the California Department of Corrections and Rehabilitation or

3    a designee shall collect from plaintiff's prison trust account monthly payments in an amount

4    equal to twenty percent (20%) of the preceding month's income credited to the trust account and

5    forward payments to the Clerk of the Court each time the amount in the account exceeds $10.00

6    in accordance with 28 U.S.C. § 1915(b)(2), until the balance of $350.00 filing fee for this action

7    has been paid in full.  The payments shall be clearly identified by the name and number assigned

8    to this action.  In determining the outstanding balance of the filing fee, CDCR shall take into

9    account any earlier payments made from plaintiff's trust account in this matter prior to his IFP

10   status being revoked on February 18, 2011.

11        2. The Clerk of the Court is directed to serve a copy of this order on Director,

12   California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California

13   95814.

14        3. The Clerk of the Court is directed to serve a copy of this order on the Financial

15   Department of the court.

16   Dated: May 18, 2012

17   _____

18   CAROLYN K. DELANEY
     UNITED STATES MAGISTRATE JUDGE

19

20

2
holl1065.Cdc_reopen

21

22

23

24

25

26

2