IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN G. HOLLIS,

      Plaintiff,                   No. 2:09-cv-1065 KJM CKD P

      vs.

J. McGUIRE, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Having considered the stipulation of the parties filed December 11, 2012, and good cause appearing, IT IS HEREBY ORDERED:

      1. The November 13, 2012 scheduling order (Dkt. No. 72) is VACATED;

      2. This litigation is stayed pending the parties' attempt to reach a settlement agreement;

      3. In the event that the stay is terminated at a later date, the parties' outstanding

////

////

////

////

////

1

1 | discovery responses shall be due 45 days after the court terminates the stay.  The court shall issue
2 | a further scheduling order as needed.

Dated: December 13, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE